UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DOUG E. BISHOP,

    **Plaintiff,**

v.

COUNTY BOARD of PERRY COUNTY et al,

    **Defendants.**                       No. 13-cv-510-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 1, 2014, this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT


                              BY:      /s/*Caitlin Fischer*
                                         **Deputy Clerk**

Dated:   June 9, 2014

                Digitally signed by
                David R. Herndon
                Date: 2014.06.09
APPROVED:    17:06:55 -05'00'
        CHIEF JUDGE
        U. S. DISTRICT COURT